# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1156**
**CA 16-00631**
PRESENT: WHALEN, P.J., SMITH, PERADOTTO, NEMOYER, AND SCUDDER, JJ.

---

KRISTY MONTANARO, PLAINTIFF-RESPONDENT,

               V                          MEMORANDUM AND ORDER

ROBERT M. WEICHERT AND SUSAN M. WEICHERT,
DEFENDANTS-APPELLANTS.
(APPEAL NO. 2.)

---

ROBERT M. WEICHERT, DEFENDANT-APPELLANT PRO SE.

SUSAN M. WEICHERT, DEFENDANT-APPELLANT PRO SE.

CONOR J. KIRCHNER, SYRACUSE, FOR PLAINTIFF-RESPONDENT.

---

Appeal from a letter decision of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), dated June 18, 2015. The letter decision granted plaintiff's motion for a default judgment against defendants.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same memorandum as in *Montanaro v Weichert* ([appeal No. 1] ___ AD3d ___ [Dec. 23, 2016]).

Entered: December 23, 2016                         Frances E. Cafarell
                                              Clerk of the Court